IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02686-LTB-BNB

LILLIAN SHAFFER, individually, and
LILLIAN SHAFFER as the SURVIVING SPOUSE OF GENE SHAFFER, Deceased,

    Plaintiff,

vs.

JOEL MILLER, D.O., and
THOMAS TOLD, D.O.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER comes before the Court, sua sponte for review. An Order to Show Cause was issued on June 16, 2008 giving Plaintiff up to and including June 30, 2008 to show cause why this matter should not be dismissed for failure to serve pursuant to Rule 4(m), Federal Rules of Civil Procedure. To date no response has been filed or good cause shown. It is therefore

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: September 11, 2008